

USAO No. 1999Z00627

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0233 |
| v. | * | SECTION: "G" (2) |
| SILAS H. LUCKY, | * | |
| Defendant. | * | |
| * * * | | |

### CONSENT JUDGMENT

Plaintiff United States of America and the defendant, Silas H. Lucky, having entered into, executed and filed into this record a Stipulation for Consent Judgment, it is hereby:

ORDERED, ADJUDGED and DECREED that Judgment of Consent be entered in this proceeding in favor of the United States of America and against Silas H. Lucky in the amount of $9,444.20, plus interest accruing on the principal amount at the rate of 8% per annum or at the daily rate of $1.20 from July 20, 1999 to date of judgment and interest from date of judgment until paid in full

DATE OF ENTRY

MAR 3 1 2000



at the Treasury bill rate, 28 U.S.C. § 1961; plus the costs of this proceeding.

New Orleans, Louisiana, this 31 day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

_____
SILAS H. LUCKY
Defendant

2