

```
         FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

    2002 OCT 21  PM 12:27

     LORETTA G. WHYTE
           CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**October 21, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0233** |
| **SILAS H. LUCKY** | * | **SECTION: "G"** |

### HEARING ON MOTIONS

APPEARANCE(S):    VIA TELEPHONE: Ms. Annelisa Jackson, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)    MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Annelisa Jackson, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, Silas H. Lucky, has sent in the requested financial information. Subsequently, Ms. Jackson indicated that the judgment debtor examination scheduled for Wednesday, October 23, 2002, at 11:00 a.m. is deemed **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
OCT 21 2002